### EX PARTE HOLLAND.
(Decided June 30, 1914.)

CERTIORARI to Court of Appeals.

JAMES E. HORTON, for appellant. R. C. BRICKELL, Attorney General, for appellee.

GARDNER, J.—Petition to review judgment and decision in *Hughey Holland v. State,* 11 Ala. App. 134, 66 South. 126. Writ denied.

All the Justices concur.